

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00065-CV

_____

MELISSA BREWTON, Appellant

V.

BAYLOR SCOTT & WHITE HEALTH, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-359265-24

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's unopposed motion to dismiss her appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 12, 2025